UNITED STATES DISTICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index Number: 2:23-cv-03108-ENV-CLP
Date Filed: 05/01/2023

ATTORNEY(S) VALLI KANE & VAGNINI
600 OLD COUNTRY ROAD STE 519 GARDEN CITY, NY 11530 | PH: (516) 203-7180

JESS CHARLES, et al

Plaintiff

vs

THE CITY OF NEW YORK, et al

Defendant

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

Assmet Abderrahman, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **5/18/2023**, at **9:05 AM** at **190 NORMAN AVENUE, 2L, BROOKLYN, NY 11222**, Deponent served the within **Summons in a Civil Action and Complaint**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: <u>CLARA SMITH</u>, <u>Defendant</u> therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **Lisa Doe (Co-Tenant), a person of suitable age and discretion.**

Said premises is subject's **dwelling house (usual place of abode)** within the state. A description of **Lisa Doe** is as follows:

**Sex**: Female    **Color of skin**: White    **Color of hair**: Brown    **Age**: 30-40
**Height**: 5ft0in-5ft3in    **Weight**: 100-130 Lbs.    **Other**:

In addition, the recipient described above, would not provide her full name.

On **May 19, 2023**, service was completed by mailing a true copy of the above stated document(s) to the <u>Defendant</u> at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on May 19, 2023

Denise Bedell
Notary Public - State of New York
No. 01BE6091831; Qualified in Nassau County
My Commission Expires May 5, 2027

Client's File No.: CHARLES

Process Server, Please Sign
Assmet Abderrahman
Lic# 1115274
Job #: 2326632

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*