UNITED STATES DISTICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index Number: 2:23-cv-03108-ENV-CLP
Date Filed: 05/01/2023

ATTORNEY(S) VALLI KANE & VAGNINI
600 OLD COUNTRY ROAD STE 519 GARDEN CITY, NY 11530 | PH: (516) 203-7180

JESS CHARLES, et al

Plaintiff

vs

THE CITY OF NEW YORK, et al

Defendant

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

Raed Ibrahim, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **5/22/2023**, at **5:09 PM** at **710 EAST 9TH STREET, NEW YORK, NY 10009**, Deponent served the within Summons in a Civil Action and Complaint, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **LOISAIDA OPEN STREET COMMUNITY COALITION**, Defendant therein named, (hereinafter referred to as "subject").

By delivering to and leaving with **Catina Ayende** said individual to be **Agent For Service Of Process** who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity/Partnership. A description of Catina Ayende is as follows:

**Sex**: Female  **Color of skin**: Brown  **Color of hair**: Black  **Age**: 21-35
**Height**: 5ft4in-5ft8in  **Weight**: 131-160 Lbs.  **Other**: Glasses

Sworn to before me on May 23, 2023

Denise Bedell
Notary Public - State of New York
No. 01BE6091831; Qualified in Nassau County
My Commission Expires May 5, 2027

Client's File No.: CHARLES

Process Server, Please Sign
Raed Ibrahim
Lic# 1326602
Job #: 2326655

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*