

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Hon. Sylvia O. Hinds-Radix**
*Corporation Counsel*

Adam M. Moss
Administrative Law and Regulatory Litigation Division
(212) 356-4017
amoss@law.nyc.gov

February 20, 2024

**BY ECF**
Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Charles, et al. v. City of New York, et al.</u>, Docket No. 23-cv-03108 (ERK)(CLP)

Dear Judge Komitee:

I represent Defendant City Of New York ("City") in the above-captioned action. I write, in accordance with Section I(C) of your Honor's Individual Rules and Practices, together with co-Defendants, to request an extension of time for all Defendants to respond to the Amended Complaint filed by Plaintiffs. Plaintiffs consent to this request.

I request this extension because I have been dealing with a recurring illness over the past few weeks, which has delayed my ability to complete the City's Motion to Dismiss.  Also, co-Defendants' counsel seeks additional time to maintain alignment of the briefing schedule.

The Court has previously granted two adjournments, sought by all Defendants, which extended the time for Defendants to respond to the Amended Complaint from January 12 to February 9 and from February 9 to February 23.

It is respectfully requested that Defendants time to file their Motions to Dismiss be extended by one (1) week until March 1, 2024.  Such adjournment would not affect any other scheduled dates in this action.  It is also requested that Plaintiffs' date to respond to the motions be scheduled for March 29, 2024, with Defendants' reply date scheduled for April 12, 2024.

Respectfully submitted,

/s/ Adam Moss
Adam M. Moss