VACCARO LAW
150 BROADWAY, SUITE 1212
NEW YORK, NEW YORK 10038
———

**CHRISTOPHER B. GREENE**  TEL: (212) 389-6480
CHRISTOPHER@VACCARO-LAW.COM  FAX: (212) 389-6478

<u>*Via ECF*</u>

April 10, 2024

Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

    Re:    <u>*Charles, et al. v. City of New York, et al.*, No. 23-cv-03108 (ERK) (CLP)</u>

Dear Judge Pollak:

    The parties jointly write pursuant to the Court's April 3, 2024 order directing the parties to submit a status report concerning the above-referenced action.

    Defendants served[1] motions to dismiss the Amended Complaint upon the Plaintiffs on March 1, 2024. Plaintiffs served opposition papers on March 22, 2024. Defendants intend to file their reply papers in further support of their motions to dismiss on Friday, April 12, 2024, pursuant to the Court's schedule. (*See* Dkt. No. 71.) The Court stayed discovery pending Defendants' motion to dismiss, and thus none has occurred.

                                                                Respectfully submitted,

/s/ Christopher B. Greene      /s/ Matthew L. Berman
Christopher B. Greene, Esq.      Matthew L. Berman, Esq.
VACCARO LAW      VALLI KANE & VAGNINI LLP
150 Broadway, Suite 1212      600 Old Country Road, Suite 519
New York, NY 10038      Garden City, New York 11530
*Attorneys for Defendants North Brooklyn*      (516) 203-7180 (phone)
*Parks Alliance, North Brooklyn Open Streets*      (516) 706-0248 (fax)
*Community Coalition, North Brooklyn*      *Attorney for Plaintiffs*
*Mutual Aid, 34th Avenue Open Streets*
*Coalition, Noel Hidalgo, Nuala O'Doherty-*
*Naranjo, Kevin Lacherra, Jim Burke, and*
*Jeffrey Hodsdon*

---

[1]     The parties have served, rather than filed, their motion papers pursuant to Judge Komitee's Individual Rules and Practices. Defendants will file all motion papers, once fully submitted, on Friday.

/s/ Adam Michael Moss
Adam Michael Moss, Esq.
New York City Law Department
100 Church Street, 5th Floor
New York, New York 10007
Tel. No.: (212) 356-4017
*Attorneys for Defendant City of New York*