UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

JESS CHARLES, KRYSTYNA CHUDA, ROSLYN HUEBENER, MILL JONAKAIT, CARMEN KOLODICH, RICHARD KOLODICH, MARY MCGUCKIN, DEBORAH PERRIN, JOHN DAVID TINEO, KRYSTYNA ZABLOCKI, AND TADEUSZE ZABLOCKI,,

**DECLARATION**

23-CV-03108-EK-CLP

Plaintiffs,

vs.

THE CITY OF NEW YORK, NORTH BROOKLYN PARKS ALLIANCE, NORTH BROOKLYN OPEN STREETS COMMUNITY COALITION, NORTH BROOKLYN MUTUAL AID, 34TH AVENUE OPEN STREETS COALITION, NOEL HIDALGO, KEVIN LACHERRA, JEFFREY HODSON, NUALA O'DOHERTY-NARANJO, AND JIM BURKE,

Defendants.

------------------------------------------------------------------------ x

ADAM M. MOSS declares under the penalties of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendant City of New York. I am an attorney admitted to practice law before the courts of the State of New York and before this Court.

2. I am familiar with the facts and circumstances of this action based upon my personal knowledge, my conversations with employees of the City of New York, and my review of the pleadings and other documents herein.

1

2

3. I submit this declaration in support of City Defendant's motion to dismiss the Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

4. A true and accurate copy of the Open Streets rules, adopted by the New York City Department of Transportation ("DOT") on February 28, 2024, which will take effect on March 29, 2024 is annexed hereto as Exhibit "A." The rules are also available at: https://rules.cityofnewyork.us/rule/open-streets-program/

5. A true and accurate copy of the DOT NYC Open Streets Overview, is annexed hereto as Exhibit "B" and is also available at:

https://www.nyc.gov/html/dot/downloads/pdf/open-streets-overview.pdf

Dated:     New York, New York
           March 1, 2024

/s/ Adam M. Moss
ADAM M. MOSS