

# NYC Open Streets

## Overview
New York City's Open Streets program transforms streets into public space open to all. These transformations allow for a range of activities that promote economic development, support schools, and provide new ways for New Yorkers to enjoy cultural programming and build community. NYC DOT works with community-based organizations, educational institutions, and groups of businesses to execute Open Streets citywide. There are three types of Open Streets:

## Limited Local Access



Street designated for pedestrian and cyclist use and enjoyment. Local vehicle access is allowed for limited use. Drivers are advised to be extremely cautious and to drive 5 MPH or slower on the Open Streets. **No through traffic permitted while Open Streets are in effect. Only vehicles that must do the following on the street:**

- Parking (all regulations apply)
- Picking up/dropping off
- Local deliveries
- Emergency vehicles
- Access-A-Ride
- Utility vehicles
- City service vehicles

## Full Closure and Full Closure: Schools



Full Closures allow for a range of car-free activities that support local businesses and schools, and create a safe place for New Yorkers to gather. These Open Streets support multiple uses, including outdoor dining, learning, and community programming. **No vehicle access and no parking allowed when Full Block Closures are in effect. A 15 foot emergency lane must be clear at all time, for emergency vehicle access.**

Please visit nyc.gov/openstreets for more information.


