

THE CITY OF NEW YORK

**Steven Banks**
*Corporation Counsel*

## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Adam M. Moss**
**Administrative Law and Regulatory Litigation**
**Division**
**(212) 356-4017**
**amoss@law.nyc.gov**

March 20, 2026

**BY ECF**
Honorable Peggy Cross-Goldenberg
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  <u>Charles, et al. v. City of New York, et al.</u>, Docket No. 23-cv-03108

Dear Judge Cross-Goldenberg:

I am an attorney in the office of Steven Banks, Corporation Counsel of the City of New York. I submit this joint letter on behalf of Defendant City of New York ("City") as well as Plaintiffs to update the court regarding the parties' progress in settlement discussions since the parties last submitted a joint status letter on March 2, 2026 (ECF 84). The parties also write to jointly request an extension of three (3) weeks to submit a proposed scope of the consultant's work, as contemplated by the Minute Entry entered by Judge Cheryl Pollak on November 21, 2025. The parties have made further progress over the past two weeks and do not anticipate requiring an additional extension beyond that requested herein.

As the Court will recall, the parties have been in regular contact since December 2025 regarding a proposed scope of the consultant's work. By Order dated March 4, 2026, this Court granted an extension to March 23, 2026 in order to submit the name of a retained consultant and a proposal as to the consultant's scope of work. Since that time, the City has re-circulated a draft Scope of Work to Plaintiffs based on discussions between the parties. Plaintiffs then provided a redline edit to the City's most recent proposal, which the attorneys for the parties discussed via telephone, and which the City is currently reviewing. The parties anticipate that a final proposal for submission to the Court will be ready within three (3) weeks, and based on the progress of discussions, do not anticipate requiring further extension beyond that time.

Accordingly, the City and Plaintiffs respectfully request an order of this Court granting an additional three (3) weeks to submit to the Court a proposal as to the consultant's work and to indicate the name of a retained consultant.

Thank you in advance for your consideration of this matter.

Respectfully submitted,

/s/ Adam Moss
Adam M. Moss
Attorney for City Defendant


/s/ Matthew Berman
Matthew Berman
Attorney for Plaintiffs