Joseph Sanderson
+1 212 378-7615 direct
josanderson@steptoe.com

1114 Avenue of the Americas
New York, NY  10036-7703
212 506 3900 main
www.steptoe.com



March 25, 2026

<u>Via ECF</u>

Hon. Eric Komitee
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***Charles v. City of New York***, **No. 2:23-cv-03108-EK-CLP**
**Consent Motion for Continuance of Briefing Schedule for Supplemental Letters**

Dear Judge Komitee:

I represent the individual and organizational volunteer defendants in the above-captioned action. With the consent of Plaintiffs, we respectfully request that the deadlines for supplemental letter briefing set by this Court's order (Doc. 85) be extended by 30 days, to **April 30** for the Volunteer Defendants and **May 14** for Plaintiffs respectively. This is the first extension of this deadline.

We make this request because we understand that Plaintiffs and the City are progressing in settlement discussions that may affect whether there are any claims left to litigate. Additionally, we plan to use this extension of time to discuss with Plaintiffs to discuss whether a longer-term solution regarding the Volunteer Defendants' position in this case is possible. Additionally, the Volunteer Defendants' deadline presently falls the day that their counsel is traveling internationally for family Passover commitments.

Accordingly, we respectfully request that the Court grant these extensions.

Respectfully submitted,

/s/ Joseph M. Sanderson
Joseph Sanderson


cc: All counsel of record, via ECF