# Accessible Access Management Solutions

Engineering Services Scope of Work

New York City Department of Transportation

Purpose: To study and identify potential off the shelf and custom designed access management solutions to be deployed at a series of Open Street priority locations in a manner that complies with accessibility laws, rules and regulations, including the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 *et seq. (the "ADA"),* the New York State Human Rights Law, and New York City Human Rights Law.

Process:

- The consultant will first conduct precedent research, review existing DOT treatments, and prepare a precedent summary report.
- Certain priority Open Street locations will be studied to analyze the operational needs of each location.
- Topographic and utility surveys will be conducted at specific intersections of each priority Open Streets location.
- The consultant will then analyze the applicability and efficacy of the access management solutions studied to identify up to three viable off-the-shelf solutions and up to three custom solutions that may be applied along the entire corridor of each priority Open Streets location.
- 30% design work will be developed for the selected intersections at each priority Open Streets location.
- Stakeholder outreach will be conducted and a final report prepared with overall findings of the study and the 30% design drawings, which will inform installation and deployment of the solutions identified along each intersection of the priority Open Streets locations as applicable.

# Contents

**Introduction**................................................................................**3**

**Tasks and Deliverables** .................................................................**3**

*Task 1: Precedent Inventory and Catalog* ............................................. *3*

Task 1.1 Precedent Research ..................................................................... 3

Task 1.2 Review of Existing DOT treatments .............................................. 4

Task 1.3 Precedent Summary Report .......................................................... 5

**Task 1.0 Deliverables** ..........................................................................**5**

*Task 2: Site Identification and Analysis* .............................................. *5*

Task 2.1: Base Plans ................................................................................. 5

Task 2.2: Operations Analysis and Detailed Site Selection ......................... 6

Task 2.3: Topographic and Utility Survey of Priority Locations ................... 7

**Task 2.0 Deliverables** ..........................................................................**7**

*Task 3: Conceptual Accessible Access Management Solutions* ............................. *7*

Task 3.1: Determine Design and Use Case Considerations........................... 7

Task 3.2: Off-Shelf-Product ...................................................................... 9

Task 3.3: Custom Design .......................................................................... 9

**Task 3.0 Deliverables** ..........................................................................**9**

*Task 4: 30% Design Development* ...................................................... *10*

**Task 4.0 Deliverables** ........................................................................**10**

*Task 5: Stakeholder Outreach* ........................................................... *10*

**Task 5.0 Deliverable** ..........................................................................**10**

*Task 6: Final Report*............................................................................ *11*

**Task 6.0 Deliverable** ..........................................................................**11**

*Task 6. Project Management, Meetings, Coordination* ........................................ *11*

**Draft Project Schedule** ...................................................................**11**

# Introduction

The New York City Department of Transportation's ("NYC DOT") Open Streets program first launched in 2020 as a COVID-19 pandemic response measure. In 2021, Local Law 55 of 2021 was enacted, which made the Open Streets program permanent.

There are three main types of Open Streets: Limited Local Access, Full Closure, and Full Closure: Schools ("Open Streets types"). Each of these Open Street types controls motor vehicle access by barriers and signage or other traffic calming measures thereby giving priority to pedestrians, bicyclists, and other non-vehicle street users when the Open Street is in operation.

In 2024, pursuant to section 19-107.1 of the New York City Administrative Code, NYC DOT adopted rules to establish a regulatory framework for how the Open Streets program will be managed and operated.

Currently, NYC DOT generally uses crowd-control barriers to facilitate the temporary closure of streets within the Open Streets program, which in some locations is for 365 days a year. The purposes of this scope is to engage a consultant to: conduct a precedent review and identify an existing or develop a custom access management solution that can facilitate access for all street users, including but not limited to individuals with disabilities, their caregivers and accessibility services when a Limited Access Open Street is active at certain locations. This may include consideration of redesign or modification of affected locations to ensure equal access and reasonable accommodation for individuals with disabilities. NYC DOT's Street Design Manual and federal Department of Transportation guidelines will be used as a starting point. This study may identify multiple appropriate solutions.

Any custom designs will be owned by the City of New York and the treatments will be designed such that they can be quickly, easily and affordably procured by the City and installed by its contractor(s) or by NYC DOT crews.

# Tasks and Deliverables

## Task 1: Precedent Inventory and Catalog

Identification of relevant examples and recommendations from national and international best practices on the design and implementation of access management solutions and associated streetscape designs that may be able to be applied to New York City's Open Streets types , including specific streets identified in this Scope of Work.

**Task 1.1 Precedent Research**

Consultant will create a summary matrix of local, national, and international precedents. Treatments should be designed for Open Streets types. All examples must be in the public sphere and should include, but not be limited to these geographic areas and other requirements:

- New York City examples
- National examples

- International examples
- Precedents should be located in an urban context
- Precedents should include both off-the-shelf and custom-built examples from recent (within the last 10 years) capital projects as well as in-house installations
- Older examples can be considered as long as they comply with modern regulations and requirements

As part of the summation, the consultant should capture standardized descriptive information for selected elements, where available/applicable, including but not limited to the following:

- Clear, representative photos of the treatment
- Public roadway applicability (include treatments that could be applicable to public roadways with minor adjustments)
- Width of entrance area to manage access
- Size and weight (if applicable)
- Identification of moving elements (if applicable)
- Materials and fabrication
- Installation requirements (support structure, sub-surface, foundation needs), including typical mounting surfaces (e.g. concrete, asphalt, etc.) if applicable
- Subsurface/utility implications
- Regulatory or enforcement elements
- Operational or geometric requirements
- How access is managed
- Staffing requirements

To the best of the consultant's ability, the maintenance and procurement/installation considerations should be identified and summarized, including but not limited to the following:

- Typical maintenance tasks and frequency
- Durability factors (graffiti, salt, weather resistance)
- Rough estimated annual maintenance cost range (including staffing if needed)
- Maintenance provider options (in-house vs. specialized manufacturing services)
- Manufacturer/product source, warranty, and life cycle considerations
- High level procurement and installation cost estimates
- High level estimate on installation skill set needed

**Task 1.2 Review of Existing DOT treatments**

Consultant to review and summarize efficacy and applicability of existing DOT treatments and identify treatments that could be used at the Priority Locations (as defined in Section 2). Treatments should be evaluated based on the below factors:

- Accessibility for people with varying abilities
- Installation effort/cost

- Maintenance
- Legislative/Regulatory requirements (i.e., camera enforcement)
- Flexibility (ability to be deployed at a variety of locations)
- Pedestrian Prioritization (ability of treatment to shift street priority from vehicles, e-vehicles, e-bikes, and mopeds to pedestrians)
- Modal filtering (ability of treatment to deter some vehicles while allowing bicycle and local and emergency vehicle access and prevent trucks from blocking intersections as result of presence of treatment)

**Task 1.3 Precedent Summary Report**

The consultant will create a summary report with recommendations on use and considerations for adaptations of the reviewed precedents as well as the review of DOT treatments. The report will document agency and stakeholder feedback and will recommend up to three (3) potential access management strategies to advance to tasks 3 and 4. Additionally, the consultant will recommend at least one (1), but no more than three (3) custom treatments or strategies, using feedback from the precedent summaries.

***Task 1.0 Deliverables***

- Precedent Summary Report
- Preliminary findings memo from the precedent research including precedent matrix (summarizing key trends, gaps, and insights relevant to NYC right-of-way conditions and potential design directions)
- Consultant shall assume up to two (2) presentations to the relevant NYC agencies, and external stakeholders (including but not limited to the plaintiffs in the *Charles v. City of New York* case) to gather feedback
- The consultant shall submit each section for review by NYC DOT. The consultant shall assume up to two (2) revisions based on comments/feedback from NYC DOT and external stakeholders, including but not limited to the plaintiffs in the *Charles v. City of New York* case.

## Task 2: Site Identification and Analysis

Tasks 3 and 4 will be applied to a series of specific intersections, or "gateways", of existing Open Streets locations, as identified below (collectively, the "Priority Locations"):
- Berry Street Open Street (Broadway to North 12th Street), Brooklyn, NY
- 34th Avenue Open Street (69th Street to Junction Boulevard), Queens, NY
- Willoughby Avenue Open Street (Washington Park to Washington Avenue), Brooklyn, NY

**Task 2.1: Base Plans**

Develop a planning level base plan for each Priority Location identified in task 2.0. The base plan should show all relevant above and visible below ground site elements including, but not limited to:
- Curbs
- Pavement Markings

- Sidewalks
- Building lines
- Transit structures and entrances
- Trees
- Planting areas
- Planters
- Bollards
- Streetlight and Signal Poles
- Street Furniture (Benches, Bike Racks, Newsboxes, Mailboxes, etc.)
- Street Signs and parking regulations
- Park spaces
- Visible manholes, valves, and vaults
- Visible, significant utility or building access vaults
- Building Projections into the ROW (canopies, steps, etc.)
- Jurisdictional boundaries
- Administrative boundaries

The base plan does not need to include topographic information or detailed below-ground utility infrastructure.

Assumptions: DOT shall provide a base layer showing roadway markings and curb lines. The consultant shall verify dimensions in the field.

**Task 2.2: Operations Analysis and Detailed Site Selection**

Using the base plans from Task 2.1, the consultant will analyze and summarize operational needs of the Priority Locations.

- Accessibility in compliance with federal, state, and municipal law and applicable regulations
- Pedestrian desire paths
- Vehicle Swept paths
- Inventory of existing programs and activities
- Operational needs assessment
- Delivery needs assessment
- All modes access assessment including vehicles, trucks, cargo bikes, etc.
- Construction, commercial freight and 3rd party delivery (Amazon, UPS, FedEx, etc.)
- Commercial loading needs assessment
- Residential loading needs assessment
- Assessment of existing Neighborhood Loading Zones (where present)
- Sanitation and waste management (BID/public, commercial, residential, etc.)
- Storage of any equipment utilized

Using the considerations and data from the Operations Analysis, the consultant should recommend four primary (4) intersections and four (4) back up intersections for each Priority Location to advance to

Tasks 2.3 and Task 4. Consultant should prepare supporting documentation outlining the recommendation. NYC DOT will make final determination on intersections to advance.

**Task 2.3: Topographic and Utility Survey of Priority Locations**

The consultant shall complete a full topographic and utility survey at the four (4) intersections along each Priority Location, as identified by NYC DOT in Task 2.2.

The survey of the Priority Locations shall include (i) the full DOT right of way 50' from the identified intersections; and (ii) 20' from such intersection on the side streets.

*Task 2.0 Deliverables*

- Summary of existing physical features inventory and associated base plans
- Summary document of site constraints and considerations for design
- Summary document of operational needs and considerations for design
- Summary document of recommended intersections
- Scaled topographic survey of each selected Priority Location in PDF format
- Scaled utility survey for each selected Priority Location in PDF format
- Base Plan Autocad drawings in DWG format with each Priority Location as a different file
- Topographic and Utility Survey Autocad drawings in DWG format for each selected Priority Locations as a different file
- The consultant shall submit each section for review by NYC DOT. The consultant shall assume up to two (2) revisions based on comments/feedback from NYC DOT and relevant external stakeholders, including but not limited to plaintiffs in the *Charles v. City of New York* case.

# Task 3: Conceptual Accessible Access Management Solutions

Develop accessible access management solutions that could be applied to each intersection along the Priority Locations, ensuring that proposed solutions comply with all applicable laws, rules, and regulations.

**Task 3.1: Determine Design and Use Case Considerations**

The consultant should create a considerations matrix by which to analyze the applicability and efficacy of the conceptual access management solutions. The matrix should include, but may not be limited to, the considerations below:

- Varying Systems and Configurations:
  - Equal access for individuals with disabilities to streets designated for public use
  - Enforcement
  - Full width management vs. partial width management
  - Fixed vs. deployable systems
  - Solutions suitable for full street closures vs. partial closures (e.g., limiting vehicular entry while allowing bike or micromobility access)
  - Operations that only allow access from one direction vs. two directions

- Use Characteristics and Associated Design Details
  - Durability for operating multiple times per day, year-round
  - Resisting potential e-vehicle, moped, cyclists, truck and vehicle strikes
  - Easy to operate for adults of all ages and abilities, requiring minimal strength or specialized training
  - Potential ability to be operated automatically and, in the case of failure, quickly/easily reverted or removed
- Latching, Locking and Access
  - If solution uses moving parts, when in the "active Open Street" position, treatments must utilize a simple, non-keyed securing mechanism (e.g., latch, magnetic catch, or gravity-based mechanism, etc.)
  - If solution uses moving parts, treatments should not make excessive noise
  - If solution uses moving parts, when in the "non-operational/stowed" condition, treatments should allow for keyed or padlock-based locking/securing mechanisms to secure the moving parts from tampering
  - If solution uses manual operations, DOT employees (plus the City's designated agents, if any) and emergency personnel must be able to release, and pass through the treatment quickly and with minimal obstruction
- Environmental and Performance Requirements
  - Solutions must remain fully operable in winter conditions, including snow, slush, and ice, as well as high-heat summer conditions. Also, must be resistant to salting conditions during winter
  - Solutions should be wind-resistant and mitigate the sail effect, particularly when signage is attached/used
- Siting and Installation Requirements
  - Multiple methods for installation is preferred:
    - On or in the asphalt, located behind crosswalks
    - At sidewalk curb lines, where appropriate
    - In expanded sidewalk space
  - In ground installations should be as shallow as feasible to minimize conflicts with below grade utilities
- Design and Aesthetic Requirements
  - Treatments should resemble or complement NYC DOT's standard street furniture styles and materials
  - Materials must be corrosion-resistant and include anti-graffiti coatings
  - Treatments must include retro-reflective elements to ensure nighttime visibility
  - Explore opportunities for contextual or corridor-specific aesthetic treatments, such as:
    - Color variations, e.g., historic districts, BID's, etc.
    - Custom finishes or patterns
    - Durable adhesive wraps

- o   Treatment should accommodate or allow space for affixed NYC DOT traffic signage (typically 3' H × 2' W) and provide additional mounting rails for optional gateway/informational signage

**Task 3.2: Off-Shelf-Product**

Identify up to three viable off the shelf solutions that NYC DOT could procure and that could be applied to each intersection along the Priority Locations.

- Analyze potential products against the operational and design considerations matrix
- Work with identified vendors and obtain the following information for the top three preferred products (if identified):
  - o   Drawing details, including installation details
  - o   Cost estimate of product
  - o   Lead time needed to place orders and manufacturing times
- Develop concept level drawings utilizing the preferred off-the-shelf designs applied to each intersection along the Priority Locations

**Task 3.3: Custom Design**

Develop up to three (3) conceptual level, custom access management solutions that align with in-house NYC DOT maintenance units including but not limited to Borough Engineering, Roadway Repair and Maintenance, DOT Bridges, and Sidewalk Inspection and Management skill sets and materials.

Develop conceptual level drawings for custom access management solutions that include:

- Detailed design elements
- Materials plan
- Installation concepts
- Stored/Deployed drawings

***Task 3.0 Deliverables***

- Summary of operational and design considerations
- Annotated diagrams and street sections illustrating required and ideal solution characteristics
- Identify top three (3) off-the-shelf product options with relevant details from vendors
- Basis of design memo for custom option
- Up to three (3) custom solutions, each solution should include sub-options that can fit the individual needs of different intersections along the Priority Locations
- The consultant shall submit each section for review by NYC DOT. The consultant shall assume up to two (2) revisions based on comments/feedback from NYC DOT and external stakeholders, including but not limited to plaintiffs in the *Charles v. City of New York* case.

## Task 4: 30% Design Development

Apply concept designs to all selected Priority Locations intersections identified in task 2.2 and surveyed in task 2.3. Each selected Priority Location intersection should have a selected off-the-shelf product and appropriate custom concept design tested.

30% Design for all Priority Locations:

- Geometric design of roadways, sidewalks, bike lanes, bus stops, etc.
- Landscape design and urban design of the Priority Locations for selected solutions and associated elements (stored and deployed), including but not limited to potential plantings and other site furnishings
- Conceptual grading plans if selected solutions change roadway profiles and grades
- Plans, sections and details for design of solution

***Task 4.0 Deliverables***

- 30% Design Drawing Set including plans, sections, and elevations needed to comprehensively convey the design intent
- Up to three (3) high quality renderings of the custom designed solution (may be three renderings for one Priority Location or one rendering for three Priority Locations)
- The consultant shall submit each section for review by NYC DOT. The consultant shall assume up to two (2) revisions based on comments/feedback from NYC DOT and external stakeholders, including but not limited to plaintiffs in the *Charles v. City of New York* case.

## Task 5: Stakeholder Outreach

Consultant to prepare materials and presentations to inform/gather feedback from the below listed organizations/agencies/parties:

- Conceptual New York City Public Design Commission ("PDC") Submission
- Presentation to other New York City operational agencies, including but not limited to:
  - NYC Dept of Design & Construction
  - NYPD
  - NYC Dept. of Sanitation
  - FDNY
  - MOPD
- DOT's Open Street Partners and Contractors
- TLC and MTA Access-a-Ride
- Other external stakeholders, including but not limited to plaintiffs in the *Charles v. City of New York* case

***Task 5.0 Deliverable***

- All necessary materials and documents for conceptual level PDC submission

- Presentation that can be used for all other organizations/agencies/parties, consultant should assume up to five (5) presentations to agencies. Consultant should also assume up to two (2) presentations to other external stakeholders, including but not limited to plaintiffs in the *Charles v. City of New York* case and Open Street Partners and Contractors.
- The consultant shall assume up to two (2) revisions based on comments/feedback from NYC DOT external stakeholders, including but not limited to plaintiffs in the *Charles v. City of New York* case for the PDC submission and for the stakeholder presentation.

## Task 6: Final Report

A detailed report will be prepared to document the concept and 30% design drawings and communicate the findings and recommendations of the study. A draft report will be submitted, and an allowance should be made to incorporate up to three rounds of consolidated comments from NYC DOT before a final version is issued. All supporting materials will be provided electronically.

***Task 6.0 Deliverable***
- Final report and supporting material in electronic format

## Task 6. Project Management, Meetings, Coordination

The consultant team should expect to participate in the following formal meetings:

- Project kick-off meeting
- Recuring bi-weekly progress meetings
- Three concept gate design review meetings (Preliminary, Development, Final)
- Two additional review meetings as needed

The consultant will submit weekly status reports, and the consultant Project Manager and NYC DOT Project Manager will schedule and attend weekly check-in calls to ensure the project remains on track and that the traffic analysis and design efforts are well-coordinated.

# Draft Project Schedule

Project to start with receipt of approved Task Order Scope of Services.

Project schedule by task and completion date:

- Project start: July 2026
- Task 1: Precedent Inventory and Catalog – September 2026
- Task 2: Site Inventory and Analysis of Priority Locations – November 2026
- Task 3: Concept Design Development – May 2027
- Task 4: 30% Design Development – September 2027
- Task 5: Report – December 2027