Joseph Sanderson
+1 212 378-7615 direct
josanderson@steptoe.com

**Steptoe**

1114 Avenue of the Americas
New York, NY  10036-7703
212 506 3900 main
www.steptoe.com

April 24, 2026

<u>Via ECF</u>

Hon. Eric Komitee
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:**    *Charles v. City of New York*, **No. 2:23-cv-03108-EK-CLP**
        **Joint Notice of Settlement in Principle as to Volunteer Defendants**

Dear Judge Komitee:

We are pleased to report that Plaintiffs and the Volunteer Defendants have reached a settlement in principle, subject to finalizing a definitive settlement agreement.

We thus jointly request that the Court vacate all deadlines as to the claims against the Volunteer Defendants to allow the parties time to prepare and execute the definitive settlement agreement.

For clarity, we note that Plaintiffs' claim against the City remain active and are unaffected by the settlement in principle as to the Volunteer Defendants.

Respectfully submitted,

/s/ Joseph M. Sanderson
Joseph Sanderson

cc: All counsel of record, via ECF