**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------X

JESS CHARLES, KRYSTYNA CHUDA, ROSLYN :        2:23-cv-03108-EK
HUEBENER, MILL JONAKAIT, CARMEN
KOLODICH, RICHARD KOLODICH, MARY : 
MCGUCKIN, DEBORAH PERRIN, JOHN DAVID
TINEO, KRYSTYNA ZABLOCKI, and TADEUSZE : 
ZABLOCKI,

                 :

            Plaintiffs,       :

            v.           :

THE CITY OF NEW YORK, NORTH BROOKLYN :
PARKS ALLIANCE, NORTH BROOKLYN OPEN
STREETS COMMUNITY COALITION, NORTH : 
BROOKLYN MUTUAL AID, 34TH AVENUE
OPEN STREETS COALITION, NOEL HIDALGO, : 
KEVIN LACHERRA, JEFFREY HODSON,
NUALA O'DOHERTY-NARANJO, and JIM : 
BURKE,

            Defendants.      :

------------------------------------X

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO VOLUNTEER DEFENDANTS ONLY

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs JESS CHARLES, KRYSTYNA

CHUDA, ROSLYN HUEBENER, MILL JONAKAIT, CARMEN KOLODICH, RICHARD

KOLODICH, MARY MCGUCKIN, DEBORAH PERRIN, JOHN DAVID TINEO, KRYSTYNA

ZABLOCKI, and TADEUSZE ZABLOCKI, and Defendants NORTH BROOKLYN PARKS

ALLIANCE, NORTH BROOKLYN OPEN STREETS COMMUNITY COALITION, NORTH

BROOKLYN MUTUAL AID, 34TH AVENUE OPEN STREETS COALITION, NOEL HIDALGO,

KEVIN LACHERRA, JEFFREY HODSON, NUALA O'DOHERTY-NARANJO, and JIM BURKE

("Volunteer Defendants"), and Defendant the City of New York, by and through undersigned counsel,

hereby stipulate that all claims and defenses asserted in this action between Plaintiffs and Volunteer

Defendants be dismissed without prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions submitted in this action as between Plaintiffs and Volunteer Defendants.

Dated: May 4, 2026

By: /s/ Matthew L. Berman (with permission)

Matthew L. Berman, Esq.

VALLI KANE & VAGNINI LLP

600 Old Country Road, Suite 519

Garden City, New York 11530

(516) 203-7180 (phone)

(516) 706-0248 (fax)

mberman@vkvlawyers.com

*Attorneys for Plaintiffs* JESS CHARLES, KRYSTYNA CHUDA, ROSLYN HUEBENER, MILL JONAKAIT, CARMEN KOLODICH, RICHARD KOLODICH, MARY MCGUCKIN, DEBORAH PERRIN, JOHN DAVID TINEO, KRYSTYNA ZABLOCKI, and TADEUSZE ZABLOCKI

By: /s/ Joseph M. Sanderson

Joseph M. Sanderson

STEPTOE LLP

1114 Avenue of the Americas

New York, New York  10036

(212) 378-7615

josanderson@steptoe.com

*Attorneys for Defendants* NORTH BROOKLYN PARKS ALLIANCE, NORTH BROOKLYN OPEN STREETS COMMUNITY COALITION, NORTH BROOKLYN MUTUAL AID, 34TH AVENUE OPEN STREETS COALITION, NOEL HIDALGO, KEVIN LACHERRA, JEFFREY HODSON, NUALA O'DOHERTY-NARANJO, and JIM BURKE,

By: /s/ Adam Moss (with permission)

Adam Moss

NEW YORK CITY LAW DEPARTMENT

100 Church Street

New York, NY 10007

(212) 356-4017

amoss@law.nyc.gov

*Attorneys for Defendant* CITY OF NEW YORK

**SO ORDERED**