

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**Steven Banks**
*Corporation Counsel*

**Adam M. Moss**
**Administrative Law and Regulatory Litigation**
**Division**
**(212) 356-4017**
**amoss@law.nyc.gov**

July 13, 2026

**BY ECF**
Honorable Peggy Cross-Goldenberg
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Charles, et al. v. City of New York, et al.</u>, Docket No. 23-cv-03108

Dear Judge Cross-Goldenberg:

I am an attorney in the office of Steven Banks, Corporation Counsel of the City of New York. I submit this joint letter on behalf of Defendant City of New York ("City") as well as Plaintiffs to provide a status update regarding a potential "interim solution" to modify certain Open Street designs and to propose to the Court that the next status update be provided on August 27, 2026.

As the Court will recall, this case concerns claims asserted by a group of New York City residents who claim, among other things, that they are being deprived of equal access to public accommodations at certain locations where the City operates its Open Streets Program. That program utilizes police stanchions, bollards, concrete planters, signage, and other "traffic calming" measures to regulate the flow of people and vehicles through designated areas. The City asserts that the program seeks to promote pedestrian traffic, cycling, and community programming.

As part of the ongoing mediation, the parties submitted the proposed "Accessible Access Management Solutions Engineering Services Scope of Work" ("AAMS Study") prepared by the New York City Department of Transportation ("DOT"), with input from Plaintiffs. <u>See</u> ECF No. 88. The AAMS study will study potential design modifications to accommodate Plaintiffs.

In addition, the parties are also discussing the possibility of a shorter term "interim solution" to modify certain Open Street designs while long-term solutions are studied as part of the AAMS Study. The parties jointly proposed to the Court a deadline of May 11, 2026 to report back to the Court as to the status of discussions regarding an interim solution and then the parties requested an extension of that deadline to July 13, 2026, which was granted by the Court (ECF No. 91).

Over the past few months, the parties have discussed the interim design solution proposed by the City with Plaintiffs' input. On multiple occasions, Plaintiffs have provided feedback and additional logistical questions for the City to review. The parties have been engaged in regular telephone discussions, but have not yet reached a resolution on implementation of an interim solution.

With the Court's permission, the parties wish to continue discussing a potential resolution, and request to provide an update to the Court on August 27, 2026 regarding the status of the interim solution.

Thank you in advance for your consideration of this matter.

Respectfully submitted,

/s/ Adam Moss
Adam M. Moss
Attorney for City Defendant

/s/ Matthew Berman
Matthew Berman
Attorney for Plaintiffs