THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Steven Banks**
*Corporation Counsel*

**Adam M. Moss**
**Administrative Law and Regulatory Litigation Division**
**(212) 356-4017**
**amoss@law.nyc.gov**

August 27, 2026

**BY ECF**
Honorable Peggy Cross-Goldenberg
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Charles, et al. v. City of New York, et al., Docket No. 23-cv-03108

Dear Judge Cross-Goldenberg:

I am an attorney in the office of Steven Banks, Corporation Counsel of the City of New York. I submit this joint letter on behalf of Defendant City of New York ("City") and Plaintiffs to provide a status update regarding a potential "interim solution" to modify certain Open Street designs and to propose to the Court that the next status update be provided on October 8, 2026.

As the Court may recall, this case concerns claims asserted by a group of New York City residents who claim, among other things, that they are being deprived of equal access to public accommodations at certain locations where the City operates its Open Streets Program. That program utilizes police barriers, bollards, concrete planters, signage, and other "traffic calming" measures to regulate the flow of people and vehicles through designated areas. The City asserts that the program seeks to promote pedestrian traffic, cycling, and community programming.

As part of the ongoing mediation, the parties submitted to the Court the proposed "Accessible Access Management Solutions Engineering Services Scope of Work" ("AAMS Study") prepared by the New York City Department of Transportation ("DOT"), with input from Plaintiffs. See ECF No. 88. The AAMS Study is designed to review and study potential design or street modifications. As an update to the Court regarding the AAMS Study, DOT is in discussions with an engineering firm, that was recently retained by the City, and anticipates the AAMS Study will begin in the coming weeks.

In addition, the parties are also discussing the possibility of an "interim solution" to modify certain Open Street designs to facilitate accessibility while long-term solutions are studied as part of the AAMS Study. Initially, the parties jointly proposed to the Court a deadline of May 11, 2026 to report back to the Court as to the status of discussions regarding an interim solution and then

the parties requested extensions of that deadline, the most recent of which granted an extension to update the Court until August 27, 2026. See ECF No. 92.

Over the past few months, the parties have discussed the interim design solution proposed by the City with Plaintiffs' input. At this time, the parties report that they have reached an agreement in principle on an interim solution. As part of the proposed interim solution, DOT intends to modify certain Open Street locations, on a temporary basis, subject to a review process involving municipal stakeholders and community board input. The modification would include the removal of temporary barriers at certain agreed upon locations along Berry Street and 34th Avenue, to alter the manner in which vehicles access those specific locations. The interim solution is proposed to remain in place pending completion of the AAMS Study.

In addition, while the interim solution is being reviewed by the municipal stakeholders and local community boards, the parties have agreed to work together to draft a proposed settlement agreement for the Court's review.

With the Court's permission, the parties wish to continue discussing a potential resolution, and request to provide an update to the Court on October 8, 2026 regarding the status of the interim solution and a potential settlement agreement. If the parties are able to agree on terms of a settlement prior to such date, the parties will submit the proposed agreement to the Court for review in advance of the deadline.

Thank you in advance for your consideration of this matter.

Respectfully submitted,

/s/ Adam Moss
Adam M. Moss
Attorney for City Defendant

/s/ Matthew Berman
Matthew Berman
Attorney for Plaintiffs