THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Steven Banks**
*Corporation Counsel*

**Adam M. Moss**
**Administrative Law and Regulatory Litigation Division**
**(212) 356-4017**
**amoss@law.nyc.gov**

November 23, 2026

**BY ECF**
Honorable Peggy Cross-Goldenberg
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Charles, et al. v. City of New York, et al., Docket No. 23-cv-03108

Dear Judge Cross-Goldenberg:

I am an attorney in the office of Steven Banks, Corporation Counsel of the City of New York. I submit this joint letter on behalf of Defendant City of New York ("City") and Plaintiffs to provide a status update regarding settlement discussions between the parties and to propose to the Court that the next status update be provided on December 21, 2026.

As the Court may recall, this case concerns claims asserted by a group of New York City residents who claim, among other things, that they are being deprived of equal access to public accommodations at certain locations where the City operates its Open Streets Program. That program utilizes police barriers, bollards, concrete planters, signage, and other "traffic calming" measures to regulate the flow of people and vehicles through designated areas. The City asserts that the program seeks to promote pedestrian traffic, cycling, and community programming.

As part of the ongoing mediation, the parties submitted to the Court the proposed "Accessible Access Management Solutions Engineering Services Scope of Work" ("AAMS Study") prepared by the New York City Department of Transportation ("DOT"), with input from Plaintiffs. See ECF No. 88. The AAMS Study is designed to review and study potential design or street modifications. As the Court may further recall, the parties have reached an agreement in principle on an "interim solution" to modify certain Open Street designs to facilitate accessibility while long-term solutions are studied as part of the AAMS Study.

Counsel for the parties have been in contact regarding settlement. The City is nearing completion of a draft settlement agreement to be circulated to Plaintiffs' counsel, and will provide such draft to Plaintiffs' counsel no later than Friday, December 4, 2026.

With the Court's permission, the parties wish to continue negotiating language, and request to provide an update to the Court on December 21, 2026 regarding a potential settlement agreement.

Thank you in advance for your consideration of this matter.

Respectfully submitted,

/s/ Adam Moss
Adam M. Moss
Attorney for City Defendant

/s/ Matthew Berman
Matthew Berman
Attorney for Plaintiffs